UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>                v.<br><br>STEVENSON, JORDAN AND HARRISON,<br>INC., ET AL.,<br>        Defendants. | No.: 20 Misc. 90 (ER) |

## ORDER TERMINATING FINAL JUDGMENT

WHEREAS, the Court has received the motion of Plaintiff, United States of America, for termination of the final judgment entered in the above-captioned case, and the Court has considered all papers filed in connection with this motion; and

WHEREAS, Federal Rule of Civil Procedure 60(b)(5) provides that "[o]n motion and just terms, the court may relieve a party . . . from a final judgment . . . [when] applying it prospectively is no longer equitable." Fed. R. Civ. P. 60(b)(5); and

WHEREAS, the sole corporate defendant appears to no longer exist based on a search of corporate records with the New York Department of State Division of Corporations and other publicly available records. Doc. 1-4 ¶¶ 5-7; and

WHEREAS, the United States has provided adequate notice to the public regarding its intention to seek termination of the judgment; and

WHEREAS, based on the foregoing, the Court deems that terminating the antitrust judgment is consistent with the public interest. *See United States v. Western Elec. Co.*, 993 F.2d 1572, 1577 (D.C. Cir. 1993) (a court "may reject an uncontested modification only if it

has exceptional confidence that adverse antitrust consequences will result");

It is hereby **ORDERED, ADJUDGED, AND DECREED** that the said final judgment is hereby terminated.

The Clerk of Court is respectfully directed to terminate the motion, Doc. 1, and to close the case.

Dated:  December 10, 2021
        New York, New York

_____
Edgardo Ramos, U.S.D.J.